# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00320-CV

**Levy Rentals, LLC and Brian Levy, Appellants**

**v.**

**TC&C Investments, LLC, Appellee**

### FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY,
### NO. 1638-21, THE HONORABLE CARSON TALMADGE CAMPBELL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

In this interlocutory appeal from the trial court's order denying their motion to abate and compel arbitration, Levy Rentals, LLC and Brian Levy have filed a motion to stay the underlying proceedings. On July 13, 2021, this Court requested a response from appellee TC&C Investments, LLC to be filed on or before July 23, 2021. To date, appellee has not filed a response.

We grant appellants' motion and stay the underlying proceeding until disposition of this appeal or further order from this Court. *See* Tex. R. App. P. 29.3 (authorizing appellate court to make temporary orders to preserve parties' rights until disposition of appeal); *see also* Tex. Civ. Prac. & Rem. Code § 171.025(a) (requiring court to stay proceeding involving issue subject to arbitration if application for order is made under subchapter).

It is ordered on August 30, 2021.

Before Justices Goodwin, Baker, and Smith